GABRIEL FORTUNE, by MARY FORTUNE, His Guardian ad Litem, Appellant, *v.* WILLIAM H. HALL, Respondent.

*Fortune* v. *Hall*, 122 App. Div. 250, affirmed.
(Argued May 3, 1909; decided May 18, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

November 27, 1907, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by an employee through the master's negligence.

*James C. Dolan* for appellant.

*Howard R. Sturtevant* and *C. Arthur Parker* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT and WILLARD BARTLETT, JJ. Dissenting: VANN and CHASE, JJ. Absent: CULLEN, Ch. J.